1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JULIE D. GARCIA (CABN 288624)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7014
7      FAX: (415) 436-7234
       Julie.Garcia@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-404 EMC |
| Plaintiff, | |
| v. | STIPULATION TO SET STATUS CONFERENCE DATE AND TO EXCLUDE TIME AND [PRO~~POS~~ED] ORDER |
| ANGELITO MALLARI, a/k/a "ALVIN," and ALLELEA BALABIS CABILES, | |
| Defendants. | |

## STIPULATION

The above-captioned matter was originally assigned to the Honorable United States District Judge Susan Illston. On August 22, 2017, this Court entered a Related Case Order finding that this case is related to several others within the meaning of Criminal Local Rule 8-1(b).[1] The Court's order vacated all matters presently scheduled for hearing and directed the parties to re-notice such matters for hearing before this Court.

Accordingly, IT IS HEREBY STIPULATED, by and between the parties to this action, that the

---

[1] *See* Case No. CR 17-391 EMC, ECF No. 16.

status conference in the above-captioned matter shall be set for **August 30, 2017, at 2:30 pm**.

IT IS FURTHER STIPULATED that the time between the filing of this stipulation on August 25, 2017, and the status conference on August 30, 2017, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). Excluding time until August 30, 2017, will allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: August 25, 2017
BRIAN J. STRETCH
United States Attorney

/s/
JULIE D. GARCIA
Assistant United States Attorney

DATED: August 25, 2017

/s/
GILBERT EISENBERG
Counsel for Defendant
ANGELITO MALLARI

DATED: August 25, 2017

/s/
JAI GOHEL
Counsel for Defendant
ALLELEA CABILES

**[PROPOSED] ORDER**

It is hereby ORDERED that the status conference in the above-captioned matter be set for August 30, 2017, at 2:30 pm.

It is further ORDERED that the time from August 25, 2017, until August 30, 2017, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). The Court finds that the exclusion of the period from August 25, 2017, to August 30, 2017, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 8/25/2017

_____
HON. _____
United S_____



STIPULATION TO SET STATUS CONFERENCE DATE AND EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 17-391 EMC