BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JULIE D. GARCIA (CABN 288624)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    FAX: (415) 436-7234
    Julie.Garcia@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-404 EMC |
| Plaintiff, | |
| v. | STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER |
| ANGELITO VASQUEZ MALLARI, a/k/a "ALVIN," and ALLELEA BALABIS CABILES, | |
| Defendants. | |

## **STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, as stated on the record at the status conference on August 30, 2017, that the time between August 30, 2017 and October 25, 2017, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). Excluding time until October 25, 2017, will allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

//

//

IT IS SO STIPULATED.

DATED: September 1, 2017

BRIAN J. STRETCH
United States Attorney

/s/
JULIE D. GARCIA
Assistant United States Attorney

DATED: September 1, 2017

/s/
JAI M. GOHEL
Counsel for Defendant
ALLELEA BALABIS CABILES

DATED: September 1, 2017

/s/
GIL EISENBERG
Counsel for Defendant
ANGELITO VASQUEZ MALLARI

## [PROPOSED] ORDER

As explained on the record during the August 30, 2017 status conference, the Court finds that the exclusion of the period from August 30, 2017, to October 25, 2017, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 9/7/17

HON. ED[...]
United Sta[...]

IT IS SO ORDERED
Judge Edward M. Chen

ORDER EXLUDING TIME
Case No. CR 17-404 EMC