1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JULIE D. GARCIA (CABN 288624)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6758
7      FAX: (415) 436-7234
       Julie.Garcia@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 17-403 EMC-2 |
|---|---|
| Plaintiff, | ) NO. CR 17-404 EMC-1 |
| v. | ) |
| ANGELITO VASQUEZ MALLARI, a/k/a "ALVIN," | ) STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER |
| Defendant. | ) |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to the above-referenced actions, as stated on the record at the status conference on November 29, 2017, that the time between November 29, 2017, and January 10, 2018, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). Excluding such time will allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

//

//

IT IS SO STIPULATED.

DATED: December 6, 2017

BRIAN J. STRETCH
United States Attorney

_/s/_
JULIE D. GARCIA
Assistant United States Attorney

DATED: December 6, 2017

_/s/_
GILBERT EISENBERG
Counsel for Defendant
ANGELITO VASQUEZ MALLARI

# [PROPOSED] ORDER

As explained on the record during the November 29, 2017, status conference, the Court finds that the exclusion of the period from November 29, 2017, to January 10, 2018, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). Such time is also excludable due to a delay caused by trial with respect to other charges against the defendant. *Id.* § 3161(h)(1)(B).

IT IS SO ORDERED.

DATED: 12/18/17

HON. EDWARD M. CHEN
United States District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]

ORDER EXLUDING TIME
Case No. CR 17-403 EMC-2; CR 17-404 EMC-1